**2015–0060.   Lorain Cty. Bar Assn. v. Provenza.**
This cause is pending before the court upon the filing of a certification of default by the Board of Professional Conduct. The parties were ordered to show cause why an interim default suspension should not be imposed against respondent. Respondent filed objections and a motion for leave to answer, relator filed a notice of consent for remand to the board and leave to answer, and this cause was considered by the court.

Upon consideration thereof, it is ordered by the court that this matter is remanded to the board for further proceedings under Gov.Bar R. V(12).

**2014–1672.   In re Estate of Thomas.**
Summit App. No. 27177. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's notice of settlement, it is ordered by the court that this cause is dismissed.

**2014–1825.   State v. Marcum.**
Gallia App. No. 13CA11, 2014-Ohio-4048. This cause is pending before the court as an appeal from the Court of Appeals for Gallia County.

Upon consideration of appellant's motion to appoint the Office of the Ohio Public Defender as counsel, it is ordered by the court that the motion is granted and Stephen P. Hardwick is appointed to represent appellant.

**2014–1984.   State v. Barry.**
Scioto App. No. 13CA3569, 2014-Ohio-4452. This cause is pending before the court as an appeal from the Court of Appeals for Scioto County.

Upon consideration of appellant's motion to appoint the Office of the Ohio Public Defender as counsel, it is ordered by the court that the motion is granted and Stephen P. Hardwick is appointed to represent appellant.

**2014–2064.   State v. Barry.**
Scioto App. No. 13CA3569, 2014-Ohio-4452. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Scioto County.

Upon consideration of appellant's motion to appoint the Office of the Ohio Public Defender as counsel, it is ordered by the court that the motion is granted and Stephen P. Hardwick is appointed to represent appellant.

**2014–2122.   State v. Marcum.**
Gallia App. No. 13CA11, 2014-Ohio-4048. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Gallia County.

Upon consideration of appellant's motion to appoint the Office of the Ohio Public Defender as counsel, it is ordered by the court that the motion is granted and Stephen P. Hardwick is appointed to represent appellant.